**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                 CASE NO.  3:94cr3012LAC

LEONARD BRADSHAW

Referred to Judge Lacey Collier on   June 15, 2005

Motion/Pleadings:   REQUEST FOR JOINER OF THE MOVANT'S CO-DEFENDANT'S SUA SPONTE RECONSIDERATION MOTION, IN LIGHT OF THE DECISION OF BOOKER, 543 U.S.____ 2005 and United States V Reese, 382 F. 3d 1308 pursuant to 18 U.S.C. 3582, and 3553(a) and Federal Rule of Criminal Procedure 8(b)

Filed by DEFENDANT, PRO SE         on 6/6/05           Doc.# 728

RESPONSES:

BY GOVT                             on 6/15/05          Doc.# 731

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy-Wells
LC (1 OR 2)                        Deputy Clerk: Mary Maloy-Wells

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 16th day of June, 2005, that:*
*(a) The relief requested is **DENIED.***
*(b) The defendant is not entitled to resentencing as this Court lacks jurisdiction to consider this successive post-conviction motion and the Supreme Court's decision in United States v Booker does not apply retroactively to cases on collateral review.*

                                                    *s/L.A. Collier*
                                                    ***LACEY A. COLLIER***
                                                    *United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.