**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS   CASE NO. 3:94cr3012LAC

LEONARD BRADSHAW

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   August 21, 2006
Motion/Pleadings   REQUEST FOR A NUNC PRO TUNC REVIEW PURSUANT TO TITLE 18, U.S.C. 3582(c)(2)
Filed by DEFENDANT PRO SE   on 8/7/06   Doc.# 735
RESPONSES:
BY GOVERNMENT   on 8/23/06   Doc.# 736
   on   Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)   Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 25th day of August, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) Successive motion. The Court lacks jurisdiction.*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.