# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:94cr3012LAC

LEONARD BRADSHAW

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __September 20, 2006__

Motion/Pleadings: __RESPONSE TO THE ORDER DENYING HIS REQUEST FOR A NUNC PRO TUNC REVIEW PURSUANT TO TITLE 18, U.S.C. §3582(c)(2)__

Filed by __DEFENDANT PRO SE__ on __9/7/2006__ Doc.# __738__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated  ____ Joint Pldg.
____ Unopposed  ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 26th day of September, 2006, that:*

*(a) The relief requested is* ***DENIED.***

*(b)* _____

*s/L.A. Collier*
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.