# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:94CR3012LAC

LEONARD BRADSHAW

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   May 10, 2007

Motion/Pleadings:  MOTION FOR RELIEF PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURES 60(b)(6)

Filed by DEFENDANT PRO SE   on 4/26/07   Doc.# 740

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 15th day of May, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b) Rule 60(b) cannot be used to circumvent the requirements of 18 U.S.C. § 2255, as is being attempted here.*

s/*L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.