*Page 1 of 2*

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                 Case No: 3:94cr3012/LAC

LEONARD BRADSHAW

---

**ORDER**

The defendant has filed a notice of appeal (doc. 742) of this court's denial of his motion for miscellaneous relief pursuant to Rule 60(b) which this court construes as a request for a certificate of appealability.[1] The appeal of the denial of a Rule 60(b) motion requires certificate of appealability ("COA"). *Gonzalez v. Secretary of Department of Corrections*, 317 F.3d 1308, 1312 (11th Cir. 2003). A COA should not issue in such an appeal unless the appellant shows, at a minimum, that it is debatable among jurists of reason whether the district court abused its discretion, see *Mobley v. Head*, 306 F.3d 1096, 1097 (11th Cir. 2002) ("This Court reviews a denial of a 60(b) motion for an abuse of discretion."). Because the defendant has not made a substantial showing of the denial of a constitutional right, his request for a certificate of appealability is DENIED.

Defendant's motion for leave to proceed *in forma pauperis* (doc. 745) should also be denied as the court finds that the appeal is not taken in good faith and the defendant is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3). Defendant shall pay the $455.00 filing fee within thirty days.

---

[1] *See Edwards v. United States*, 114 F.3d 1083 (11TH Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability).

*Page 2 of  2*

DONE AND ORDERED this 13th day of June, 2007.


                                                  s/*L.A. Collier*
                                                  **LACEY A. COLLIER**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**