**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                            CASE NO. 3:94cr3012 LAC

LEONARD BRADSHAW

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___APRIL 4, 2008___
Motion/Pleadings: __MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)__
Filed by __DEFENDANT PRO SE__ on __4/4/2008__ Doc.# __773__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_s/Mary Maloy_
LC (1 OR 2)    Deputy Clerk: Mary Maloy

### ORDER

*Upon consideration of the foregoing, it is ORDERED this 27th day of May 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) The defendant is not entitled to a reduction under Amendment 706 since his drug weight far exceeds 4.5 kilograms of cocaine base (34 kilograms of cocaine base). In addition, the Court justified a sentence of 420 months on March 20, 1997,(Doc 320) based upon the factors of this case and the characteristics of the defendant.*

                                 _s/L.A. Collier_
                                 ***LACEY A. COLLIER***
                                 ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.