**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                              CASE NO. 3:94cr03012-02/LAC

LEONARD BRADSHAW

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on May 25, 2010
Motion/Pleadings: MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) AND U.S. SENTENCING GUIDELINE SECTION 1B1.10
Filed by DEFENDANT PRO SE on 4/14/10 Doc.# 874

RESPONSES:
NONE on Doc.#
 on Doc.#

___ Stipulated ___ Joint Pldg.
___ Unopposed ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Jerry Marbut*

LC (1 OR 2) Deputy Clerk: Jerry Marbut

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 27th day of May, 2010, that:*
*(a) The relief requested is **DENIED**.*
*(b) *

*s/L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*